ACCEPTED
01-15-00217-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
3/16/2015 2:01:45 PM
CHRISTOPHER PRINE
CLERK

No. 01-15-00216-CR
No. 01-15-00217-CR

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
3/16/2015 2:01:45 PM
CHRISTOPHER A. PRINE
Clerk

IN RE

BRANDON JAY CARTER

§    IN THE COURT OF APPEALS

§    FIRST JUDICIAL DISTRICT

§    HOUSTON, TEXAS

STATE'S SECOND SUPPLEMENTAL RESPONSE

TO THE HONORABLE JUSTICES OF THE FIRST COURT OF APPEALS:

NOW COMES the State of Texas, by and through its District Attorney, 268th Judicial District, Fort Bend County, and supplements the procedural background of its response with the Reset Notice in *The State of Texas v. Brandon Jay Carter*, Cause No. 12-DCR-061186, entered March 12, 2015. The notice resets this case to June 1, 2015, or the second Monday after this Court rules on Defendant's Petition for Writ of Mandamus and Writ of Prohibition, "whichever date is later in time." A copy of the Reset is attached hereto as Exhibit F.

1

Respectfully submitted,

John F. Healey, Jr.
SBOT # 09328300
District Attorney, 268th Judicial District
Fort Bend County, Texas

/s/ Gail Kikawa McConnell
Gail Kikawa McConnell
SBOT # 11395400
Assistant District Attorney
301 Jackson Street, Room 101
Richmond, Texas 77469
(281) 238-3205/(281) 238-3340 (fax)
Gail.McConnell@fortbendcountytx.gov

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing State's supplemental response was served on March 16, 2015, by the electronic filing manager or by email on the following persons:

David Christopher Hesse, Attorney for Relator
Hesse@HoustonCriminalJustice.com

Harris S. Wood, Jr., Appointed Attorney for Relator in Cause No. 12-DCR-061186
hwoodatty@yahoo.com

Hon. Thomas R. Culver, III, Presiding Judge, 240th District Court
c/o Becky.Fisher@fortbendcountytx.gov

/s/ Gail Kikawa McConnell
Gail Kikawa McConnell

2

# EXHIBIT F

# Patel, Stuti

| | |
|---|---|
| **From:** | Fisher, Becky |
| **Sent:** | Thursday, March 12, 2015 4:56 PM |
| **To:** | Patel, Stuti; Bolin, Amanda; Shifferly, Sheila; hwoodatty@yahoo.com |
| **Subject:** | Brandon Jay Carter |
| **Attachments:** | 240th@co.fort-bend.tx.us_20150312_161052.pdf |


Please see the attached reset for Brandon Carter resetting his case to June 1, 2015.

Thanks.

Becky Fisher
Court Coordinator
240th District Court
(281)341-8600
www.fortbendcountytx.gov


-----Original Message-----
From: 240th@co.fort-bend.tx.us [mailto:240th@co.fort-bend.tx.us] On Behalf Of 240th@
Sent: Thursday, March 12, 2015 4:11 PM
To: Fisher, Becky
Subject: Scanned image from MX-M453U

Reply to: 240th@co.fort-bend.tx.us <240th@co.fort-bend.tx.us> Device Name: Not Set Device Model: MX-M453U
Location: Not Set

File Format: PDF MMR(G4)
Resolution: 200dpi x 200dpi

Attached file is scanned image in PDF format.
Use Acrobat(R)Reader(R) or Adobe(R)Reader(R) of Adobe Systems Incorporated to view the document.
Adobe(R)Reader(R) can be downloaded from the following URL:
Adobe, the Adobe logo, Acrobat, the Adobe PDF logo, and Reader are registered trademarks or trademarks of Adobe
Systems Incorporated in the United States and other countries.

http://www.adobe.com/

| THE STATE OF TEXAS | § | NO. 12DCR061186 |
|---|---|---|
| | § | |
| VS. | § | IN THE 240TH DISTRICT COURT |
| | § | |
| BRANDON JAY CARTER | § | OF |
| Defendant | § | |
| BURGLARY OF HABITATION | § | FORT BEND COUNTY, TEXAS |
| Offense(s) | | |

| THE STATE OF TEXAS | § | NO. 12DCR061186 |
|---|---|---|
| | § | |
| VS. | § | IN THE 240TH DISTRICT COURT |
| | § | |
| BRANDON JAY CARTER | § | OF |
| Defendant | § | |
| BURGLARY OF HABITATION | § | FORT BEND COUNTY, TEXAS |
| Offense(s) | | |

## NOTICE OF CRIMINAL CASE RESET

This case is reset to the 1ST day of JUNE, 2015, at 1:30 o'clock P.M. by agreement of all the undersigned, for the following action(s), to wit:

| | |
|---|---|
| [____] Arraignment | [____] Jury Trial |
| [_X_] Guilty Plea / Disposition** —SEE Judge's Note | [____] Assessment of Punishment / Sentencing |
| [____] Pre-Trial Motion Hearing (Art. 28.01) Below | [____] Hearing: MRP / MAG |
| [____] Bond Reduction / Habeas Corpus | [____] Post Conviction Motion(s) |
| [____] Pre-Trial Competency | [____] Referred to **MENTAL HEALTH / DRUG** |
| [____] Other:_____ | [____] Assigned to Associate Judge |

The State hereby announces it is ready for trial in the above cause(s). Defendant, below, acknowledges that if this case is removed from the **Plea/Disposition Docket**, all previous recommendations as to punishment, if any, are withdrawn.

Assistant District Attorney: _____

Recommendation on Punishment, if any: _____

DATED this the 12TH day of MARCH, 2015.

| | |
|---|---|
| _____ | _____ |
| Defendant (In Jail / On Bond) | Judge Presiding |
| | BY: _____ |
| _____ | |
| Attorney for the Defendant (Appointed / Retained) | Deputy District Clerk or Court Coordinator |
| | Email: **240dc@fortbendcountytx.gov** |
| Printed Name of Attorney_____ | Bar Card Number: _____ |
| Telephone Number: (___)_____ | Email:_____ |

**This case is reset to June 1, 2015, at 1:30 p.m. or 1:30 p.m. on the 2nd Monday after the 1st Court of Appeals rules on the defendant's Petition for Writ of Mandamus and for Writ of Prohibition, whichever date is later in time.